Gene W. Choe, Esq. (SBN 187704)
LAW OFFICES OF GENE W. CHOE, P.C.
3250 Wilshire Boulevard, Suite 1200
Los Angeles, CA 90010
Telephone (213) 639-3888
Facsimile (213) 383-8280

Attorneys for Plaintiffs, Marcos F. Correa and Lavenia J. Correa

# UNITED STATES DISTRIC COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCOS F. CORREA; LAVENIA J. CORREA;<br>    PLAINTIFFS,<br>VS.<br><br>WELLS FARGO BANK, N.A.; NBS DEFAULT SERVICES; AND DOES 1 THROUGH 50, INCLUSIVE,<br><br>    DEFENDANTS. | CASE NO: 3:12-cv-01031-JLS-NLS<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

NOTICE IS HEREBY GIVEN that pursuant to *Fed.R.Civ.Pro.* 41(a), Plaintiff voluntarily dismisses the above-captioned action without prejudice.

Dated: June 21, 2012      LAW OFFICES OF GENE W. CHOE, P.C

By: ___/S/   Gene W. Choe_____
Gene W. Choe, Esq.
Attorneys for Plaintiffs

---

1
**NOTICE OF VOLUNTARY DISMISSAL**

Case 3:12-cv-01031-JLS-NLS   Document 10   Filed 06/21/12   PageID.186   Page 2 of 2

PROOF OF SERVICE

STATE OF CALIFORNIA     )
                        ) ss
COUNTY OF LOS ANGELES   )

    I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 3250 Wilshire Blvd., Suite 1200, Los Angeles, California 90010.

    On June 21, 2012, I served the following document(s):

**NOTICE OF VOLUNTARY DISMISSAL**

    On the following interested parties in this action described as follows:

Christopher A. Carr, Esq. ccarr@afrct.com
David M. Newman, Esq. dnewman@afrct.com
*Attorneys for Wells Fargo Bank, N.A.*

[ X ] **BY ELECTRONIC MAIL:** I transmitted the document(s) listed above electronically either by e-mail or by electronic filing through the CM/ECF System to the e-mail addresses listed above. I am readily familiar with Microsoft Outlook's e-mail system and the United States District Court's CM/ECF System, and the transmission was reported as complete without error.

    I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

    Executed on June 21, 2012, in Los Angeles, California.

                                                                *Emi Ouchi*
                                                               Emi Ouchi